UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON



UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:25-CR-57-CHB
18 U.S.C. § 2261A(2)(B)

CHRISTOPHER RHODES

\* \* \* \* \*

THE GRAND JURY CHARGES:

Beginning on or about May 20, 2025, and continuing through on or about June 5, 2025, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

**CHRISTOPHER RHODES,**

with the intent to injure, harass, and intimidate another person, used an electronic communication service, specifically, a Google e-mail account accessing the internet, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to that person, all in violation of 18 U.S.C. § 2261A(2)(B).

A TRUE BILL

████████████████
FOREPERSON

*[signature]*
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

Not more than five years imprisonment, not more than a $250,000 fine, and supervised release for not more than 3 years.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.